IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSUE C. GUTIERREZ, | § | |
|     Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-16-166 |
| | § | |
| STATE FARM LLOYDS, INC., | § | |
|     Defendant. | § | |

# ORDER

Pending is the Magistrate Judge's February 23, 2018, Report and Recommendation in the above-referenced cause of action. [Doc. No. 27] No objections have been lodged by either side and the time for doing so has expired.

Having reviewed all of the pleadings and the Report and Recommendation for plain error and having found none, it is the opinion of the Court that the Magistrate Judge's Report and Recommendation is hereby adopted. Therefore, State Farm Lloyds, Inc.'s motion for summary judgment [Doc. No. 20] is granted. A final judgment will be entered to that effect in a separate document.

Signed this 19th day of April, 2018.

Andrew S. Hanen
United States District Judge